# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRANSON CLARK,<br><br>          Plaintiff,<br><br>    v.<br><br>CAPITAL ONE AUTO FINANCING,<br><br>          Defendant.           / | Case No. 1:25-cv-01734-KES-SKO<br><br>**ORDER REQUIRING PLAINTIFF TO SUBMIT LONG FORM APPLICATION TO PROCEED IN FORMA PAUPERIS**<br><br>(Doc. 2)<br><br>**THIRTY DAY DEADLINE** |

      Plaintiff Granson Clark filed a complaint on December 4, 2025, along with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (Docs. 1 & 2.) Plaintiff's application fails to set forth an answer to question number 6 (identification of dependent persons). (*See* Doc. 2 at 2.) In addition, although Plaintiff's complaint claims a "threat to take property" by the defendant (Doc. 1 at 4), he indicates in the application in response to question number 5 that he does not own "any other thing of value" (Doc. 2 at 2). Based on these incomplete and seemingly inaccurate responses in his application, the Court is unable to determine at this time whether Plaintiff is entitled to proceed without prepayment of fees in this action.

      Accordingly, the Court will order Plaintiff to complete and file an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239. If Plaintiff is unwilling to submit the long form application with complete and accurate information, Plaintiff must pay the filing fee in full.

      Based upon the foregoing, IT IS HEREBY ORDERED that:

      1.     The Clerk of Court is directed to forward an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239 to Plaintiff;

2. Within thirty (30) days of the date of this order, Plaintiff shall either (1) pay the $405 filing fee for this action, or (2) complete and file the enclosed Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239; and

3. If Plaintiff fails to comply with this order, the undersigned shall recommend to the assigned district judge that this action be dismissed.

IT IS SO ORDERED.

Dated:   **December 5, 2025**                    /s/ *Sheila K. Oberto*
                                                                                  UNITED STATES MAGISTRATE JUDGE