**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GRANSON CLARK, | Case No. 1:25-cv-01734 KES SKO |
| Plaintiff, | ORDER ADOPTING FINDINGS IN FULL FINDINGS AND RECOMMENDATIONS, DISMISSING ACTION WITHOUT PREJUDICE, AND DIRECTING CLERK OF COURT TO CLOSE CASE |
| v. | |
| CAPITAL ONE AUTO FINANCING, | |
| Defendant. | Doc. 8 |

Plaintiff Granson Clark is proceeding pro se in this civil action. The magistrate judge screened Plaintiff's complaint, found it failed to state any cognizable claim, and directed plaintiff to take one of the following options within thirty days: (1) file an amended complaint, (2) file a notice of his intent to stand on the complaint (with the understanding that the magistrate judge would recommend dismissal), or (3) voluntarily dismiss this action pursuant to Federal Rule of Civil Procedure 41. Doc. 11. The screening order was served on Plaintiff and notified him that the failure to comply would result in a recommendation for dismissal. *Id.* at 6. Plaintiff did not respond to the screening order or otherwise communicate with the Court.

On March 9, 2026, the magistrate judge issued findings and recommendations, recommending that the action be dismissed for failure to prosecute and failure to obey the Court's order. Doc. 13. The Court notified Plaintiff that any objections were due within 14 days after service. *Id.* at 2. Plaintiff did not file objections, and the time to do so has passed.

1

In accordance with 28 U.S.C. § 636(b)(1), the Court conducted a de novo review. Having carefully reviewed entire case, the Court concludes the findings and recommendations are supported by the record and proper analysis. The Court ORDERS:

1. The findings and recommendations issued on March 9, 2026 (Doc. 8), are ADOPTED in full.

2. This action is DISMISSED without prejudice.

3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   June 5, 2026   

_____
UNITED STATES DISTRICT JUDGE

2